No. 84–5034.   SMITH ET AL. *v.* WYRICK, WARDEN, ET AL. C. A. 8th Cir.   Certiorari denied.

No. 84–5037.   CRAWFORD *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 84–5038.   GORMAN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–5039.   CALLAHAN *v.* TEXACO, INC.   C. A. 5th Cir. Certiorari denied.

No. 84–5040.   JOBSON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–5042.   GARRA *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.   Certiorari denied.

No. 84–5043.   LACY *v.* GABRIEL, SUPERINTENDENT, MASSA-CHUSETTS CORRECTIONAL INSTITUTION.   C. A. 1st Cir.   Certiorari denied.

No. 84–5046.   INGRAM *v.* INDUSTRIAL COMMISSION OF ILLINOIS ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 84–5047.   OAKES *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5048.   WILLIAMSON *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–5050.   ARCHER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–5053.   SIMMONS *v.* MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 84–5055.   RABAULIMAN *v.* TERRITORY OF GUAM.   C. A. 9th Cir.   Certiorari denied.

No. 84–5056.   DAHL *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.